IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR119 |
| vs. | ) | |
| | ) | ORDER |
| SHEREASE LATIN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion, filed on May 25, 2007, to continue the trial currently set for May 29, 2007. Counsel have not prepared to try the case and advise that they need additional time to conduct plea negotiations.

**IT IS ORDERED** that the Motion to Continue Trial [20] is granted, as follows:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, June 12, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. In accordance with 18 U.S.C. § 3161(h)(A), I find that the ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **May 29, 2007 and June 12, 2007**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, 18 U.S.C. § 3161 because counsel require more time to effectively prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. Counsel are once again advised that all requests for extension of time must be made by written motion in compliance with paragraph 9 of the case progression order [6].

**DATED May 29, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**