IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR119 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SHEREASE A. LATIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to seal (Filing No. 39).

The motion is granted. However, for future reference counsel is directed to NECrimR 12.4(a)(ii), which instructs counsel to file the pleadings in question under seal. The document then remains provisionally sealed until the motion to seal is decided.

IT IS ORDERED that the Defendant's motion to seal (Filing No. 39) is granted.

DATED this 1st day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge