# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR119** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **SHEREASE A. LATIN,** | ) | |
| Defendant. | ) | |

The government has filed a motion for reduction of sentence pursuant to Federal Rule of Criminal Procedure 35(b) (Filing No.44).

IT IS ORDERED:

1. Counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (Filing No. 44) is ripe. The motion will not be decided until counsel for the government certifies that the motion is ripe;

2. Counsel for the Defendant, if previously appointed pursuant to the Criminal Justice Act ("CJA"), is reappointed to represent the Defendant for purposes of the Rule 35(b) motion. If retained, counsel for the Defendant remains as counsel for the Defendant until the Rule 35(b) motion is resolved or until counsel is given leave to withdraw;

3. The Federal Public Defender shall provide CJA counsel with a new voucher;

4. The Clerk of the Court shall provide a copy of this order to counsel for the government, counsel for the Defendant, and the Federal Public Defender.

DATED this 24 day of June, 2008.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge